UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIM EPPS,** *et al.*, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CV 07-1290 (HHK) |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

## DEFENDANTS' MOTION FOR A THREE DAY EXTENSION TO FILE A REPLY AND OPPOSITION

Defendants District of Columbia and Sholanda Tompkins[1] ("Defendants"), by and through undersigned counsel, hereby moves this Court to grant a brief three day extension to file their Reply to the Plaintiff's Opposition to the Defendants Motion to dismiss and an Opposition to Plaintiff's Motion for Extension of Time to Serve Defendant Tompkins. This request is being made as soon as counsel learned of the need.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Dated: November 19, 2007

            Respectfully submitted,

            LINDA SINGER
            Attorney General for the District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General,
            Civil Litigation Division

---

[1] Sholanda Tompkins' name was spelled incorrectly in the Complaint. Ms. Tompkins has not been served with the summons and complaint. The failure to serve Ms. Tompkins requires dismissal of all claims against this Individual.

                          /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

                          /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov
Attorney for Defendants

## RULE 7(m) CERTIFICATE

On November 19, 2007, undersigned counsel attempted but was unable to speak with Plaintiff's counsel, Khadijah R. Ali personally in order to obtain her consent to the filing of this motion and the relief requested within. A voice mail message was left. Therefore this motion should be treated as contested.

                          /s/
NICOLA N. GREY
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIM EPPS**, *et al.*, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CV 07-1290 (HHK) |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR A THREE DAY EXTENSION OF TIME TO FILE A REPLY AND OPPOSITION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANT TOMPKINS**

Defendants, by and through undersigned counsel, hereby moves this Court to grant a brief three day extension to file their Reply to the Plaintiff's Opposition to the Defendants Motion to Dismiss and to file an Opposition to Plaintiff's Motion for Extension of Time to Serve Defendant Tompkins. In support of this motion, the Defendants state as follows:

1. Defendants respectfully request a brief three day extension to file their reply and opposition. Due to the press of other matter, Defendants were unable to complete their reply and opposition by November 19, 2007.

2. Since November 6, 2007, undersigned counsel has participated in seven depositions and deposition preparations in Graham v. Parry, Ripley v. DC, and Kamanda v. DC. Additionally, undersigned counsel has participated in two pre-trial conferences and four mediations that lasted several hours in Kamanda v. DC, Deal v. DC, Graham v. Parry, and Jones v. DC.

3. The brief extension of time is necessary so that Defendants may file their reply and opposition.

4. Plaintiff will not be prejudiced by the granting of this motion.

5. This is the Defendants' first request for an extension to file a reply to their motion to dismiss and an opposition to Plaintiff's motion for an extension of time.

WHEREFORE, for the reasons stated herein, the Defendants request that this Court grant a three day extension to file reply and opposition.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General,
> Civil Litigation Division
>
> /s/
> PHILLIP A. LATTIMORE, III [422968]
> Chief, General Litigation Sec. III
>
> /s/
> NICOLA N. GREY [492150]
> Assistant Attorney General
> 441 Fourth Street, N.W., Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6626; (202) 727-6295
> (202) 727-3625 (fax)
> E-mail: nicola.grey@dc.gov
> Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KIM EPPS,** *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CV 07-1290 (HHK) |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER

Upon consideration of the Defendants' Motion for a Three Day Extension to File a Reply to the Plaintiff's Opposition to the Defendants' Motion to Dismiss and to File an Opposition to Plaintiff's Motion for Extension of Time to Serve Defendant Tompkins, the Memorandum in Support thereof, any Opposition, and the facts and law considered, it is hereby

**ORDERED:** that the motion for the three day extension is **GRANTED,** and it is,

So ORDERED this \_\_\_\_\_ day of _____, 2007.

_____
The Honorable Henry H. Kennedy
United States District Judge

cc:   Nicola N. Grey
441 4th street, N.W.
Suite 600 South
Washington, D.C. 20001

Khadijah Ali, Esq.
216 G Street N.E.
Washington, D.C. 20004