UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIM EPPS, *et al.*, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : CV 07-1290 (HHK) | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |
| _____: | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO SERVE DEFENDANT TOMPKINS**

Defendants District of Columbia and Sholanda Tompkins[1] ("Defendants"), by and through undersigned counsel, hereby submit this Opposition to Plaintiff's Motion for an Extension of Time to Serve Defendant Tompkins (Motion).

**I.   ARGUMENT**

    **A.   Plaintiffs' Should Not be Permitted to Serve Defendant Tompkins With Summons and Complaint.**

In support of her Motion, Plaintiff seeks an extension of time to serve Defendant Tompkins with summons and complaint because the failure to serve Defendant Tompkins was not due to neglect, but to misunderstanding and confusion between Plaintiff and its process server. See Motion, generally. Plaintiff claims that her counsel believed that the process server had effectuated service upon Defendant Tompkins. Id. Plaintiff claims that her counsel later learned that the process server had not effectuated service upon Defendant Tompkins because the process server was under the mistaken belief that she had to wait for a new court date, and new

---

[1] Sholanda Tompkins' name was spelled incorrectly in the Complaint. Ms. Tompkins has not been served with the summons and complaint. The failure to serve Ms. Tompkins requires dismissal of all claims against this Individual.

paperwork from this Court in order to serve the Defendant, and was waiting for that from counsel or the Court before she continued with her efforts of service.

Here, Plaintiff failed to serve Defendant Tompkins with in one hundred and twenty (120) days of the filing of the Complaint. See Fed. R. Civ. P. Rule 4(c)(1). Moreover, prior to the transfer of this case to this Court, Plaintiff failed to effectuate service of summons and complaint with in sixty (60) days of the filing of the complaint while this case was before the Superior Court. See Super. Ct. R. 4 (c)(1) and (m). In this case, Plaintiff filed this lawsuit on April 25, 2007. Plaintiff had until June 25, 2007, to serve Defendant Tompkins. Defendant District of Columbia filed Notice of Removal on July 19, 2007, twenty-four (24) days after the expiration of the time period for service on Defendant Tompkins. Both counsel and the process server were aware that Defendant Tompkin was not served with in the time period permitted by the Superior Court Rules and failed to request and extension of time to serve prior to the June 25, 2007. Plaintiff should not now be permitted to restart the clock to allow service of summons and complaint upon Defendant Tompkins.

## II.    CONCLUSION

WHEREFORE, for the foregoing reasons this Court should dismiss the Plaintiff's Complaint.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        */s/Phillip A. Lattimore*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

    */s/Nicola N. Grey*
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIM EPPS,** *et al.*, | : |
| | : |
|     **Plaintiffs,** | : |
| | : |
| v. | : |
| | :    **CV-05-238 (HHK)** |
| **DISTRICT OF COLUMBIA,** | : |
| | : |
|     **Defendant.** | : |
| _____ | : |

**ORDER DISMISSING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

    Upon consideration of the Plaintiff's Motion for Extension of Time to Serve Defendant Tompkins, this opposition thereto and the facts and law considered, it is this ____ day of _____, 2007,

    **HEREBY ORDERED:** that the Plaintiff's Motion is **DENIED.**

                                                                                       _____
                                                                                          The Honorable Henry H. Kennedy
                                                                                         United States District Judge

cc:    Nicola N. Grey
        441 4th street, N.W.
        Suite 600 South
        Washington, D.C. 20001

        Khadijah Ali, Esq.
        216 G Street N.E.
        Washington, D.C. 20004