UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIM EPPS, *et al.*, | : |
| Plaintiff, | : |
| v. | : CV 07-1290 (HHK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |
| _____ | : |

**DEFENDANTS' REPLY PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' D.C. HUMAN RIGHTS
ACT AND COMMON LAW CLAIMS AGAINST DEFENDANTS**

Defendants District of Columbia and Sholanda Tompkins[1] ("Defendants"), by and through undersigned counsel, hereby submit this reply in response to Plaintiff's Opposition to Defendants' Motion to Dismiss ("Opposition").

Defendants' moved to dismiss on the grounds that 1) Plaintiff failed to serve Defendant Tompkins; and 2) Plaintiffs' D.C. Human Rights Act ("DCHRA") and common law claims must be dismissed because Plaintiffs failed to satisfy the mandatory notice provision of D.C. Code § 12-309.

In response, Plaintiff filed an Opposition and a motion to extend time to serve Defendant Tompkins. In her Opposition, Plaintiff argues that 1) the "failure to serve Defendant Tompkins was not due to neglect, but to misunderstanding and confusion between Plaintiff and its process server;" and 2) the 12-309 "notice was filed on August 5, 2004.[2]

---

[1] Sholanda Tompkins' name was spelled incorrectly in the Complaint. Ms. Tompkins has not been served with the summons and complaint. The failure to serve Ms. Tompkins requires dismissal of all claims against this Individual.
[2] Based on Plaintiff's submission, it appears that Plaintiff had in fact served §12-309 Notice upon the Mayor. Defendant withdraws that argument.

I. **ARGUMENT**

    A. **Plaintiffs' Claims against Defendant Tompkins Must be Dismissed for Failure to Serve Summons and Complaint on This Defendant**

Plaintiffs' claims against Defendant Tompkins must be dismissed for failure to serve Summons and Complaint on this Defendant. In support of her Opposition, Plaintiff claims that her counsel believed that the process server had effectuated service upon Defendant Tompkins. Plaintiff claims that her counsel later learned that the process server had not effectuated service upon Defendant Tompkins because the process server was "under the mistaken belief that she had to wait for a new court date, and new paperwork from this Court in order to serve the Defendant, and was waiting for that from counsel or the Court before she continued with her efforts of service. See Opposition, p. 3.

Here, Plaintiff failed to serve Defendant Tompkins with in one hundred and twenty (120) days of the filing of the Complaint. See Fed. R. Civ. P. Rule 4(c)(1). Moreover, prior to the transfer of this case to this Court, Plaintiff failed to effectuate service of summons and complaint with in sixty (60) days of the filing of the complaint while this case was before the Superior Court. See Super. Ct. R. 4 (c)(1) and (m). In this case, Plaintiff filed this lawsuit on April 25, 2007. Plaintiff had until June 25, 2007, to serve Defendant Tompkins. Defendant District of Columbia filed Notice of Removal on July 19, 2007, twenty-four (24) days after the expiration of the time period for service on Defendant Tompkins. Both counsel and the process server were aware that Defendant Tompkin was not served with in the time period permitted by the Superior Court Rules and failed to request and extension of time to serve prior to the June 25, 2007. Plaintiff should not now be permitted to restart the clock to allow service of summons and complaint upon Defendant Tompkins.

## II.     CONCLUSION

WHEREFORE, for the foregoing reasons and pursuant to Fed.Civ.P.12 (b)(6), Defendants hereby move this Honorable Court to dismiss all claims as to Defendant Tompkins because Plaintiff failed to serve Defendant Tompkins with Summons and Complaint.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/Phillip A. Lattimore
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/Nicola N. Grey
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIM EPPS**, *et al.*, | : |
| | : |
|     **Plaintiffs,** | : |
| | : |
| v. | : |
| | :    CV-05-238 (HHK) |
| **DISTRICT OF COLUMBIA,** | : |
| | : |
|     **Defendant.** | : |
| _____ | : |

**ORDER GRANTING DEFENDANTS MOTION TO DISMISS**

Upon consideration of the District's Motion to Dismiss and any opposition thereto and the facts and law considered, it is this ____ day of _____, 2007,

**HEREBY ORDERED:** that the Defendants' Motion to Dismiss is **GRANTED**; and it is;

**FURTHER ORDERED:** all claims against Defendant Tompkins are **DISMISSED.**

 

_____
The Honorable Henry H. Kennedy
United States District Judge

cc:    Nicola N. Grey
       441 4th street, N.W.
       Suite 600 South
       Washington, D.C. 20001

       Khadijah Ali, Esq.
       216 G Street N.E.
       Washington, D.C. 20004