UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIM EPPS, as Next Friend to BM & BM,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA**<br>**Office of the Attorney General**<br>**and**<br>**METROPOLITAN POLICE OFFICER**<br>**SHALONDA THOMPKINS,**<br><br>**Defendants.** | Civil Action 07-01290 (HHK) |

**O R D E R**

Presently before the court is defendants' motion to dismiss plaintiffs' D.C. Human Rights Act and common law claims against defendants [#3]. Upon consideration of the motion and the record of this case, the court concludes that the motion should be denied.

On December 6, 2007, this court granted plaintiffs' motion for an extension of time to serve Shalonda Thompkins *nunc pro tunc* [#4]. Plaintiffs shall have sixty days from the date this order is filed to serve Thompkins.

Accordingly, it is this 7th day of December 2007, hereby **ORDERED** that defendants' motion to dismiss [#3] is hereby **DENIED**; and it is further

**ORDERED** that plaintiffs shall have until February 5, 2008 to serve Shalonda Thompkins.

Henry H. Kennedy, Jr.<br>United States District Judge