UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIM EPPS,** *et al.*,           :<br>                                                 :<br>         **Plaintiff,**              :<br>                                                 :<br>         v.                                 :<br>                                                 :   CV 07-1290 (HHK)<br>**DISTRICT OF COLUMBIA, et al.,**   :<br>                                                 :<br>         **Defendant.**           :<br>_____: | |

### DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL

TO:   CLERK OF COURT

TO:   ALL PARTIES

PLEASE TAKE NOTICE that, on this 18th day of January, 2008, Richard A. Latterell is entering his appearance and replacing Nicola Grey as counsel for Defendants the District of Columbia and Shalonda Thompkins. Pursuant to Fed. R. Civ. P. 5(a), service of all pleadings and correspondence in this matter should be sent to Mr. Latterell at his Washington, D.C. office address below.

//
//

Dated this 18th day of January, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Phillip A. Lattimore, III*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email: richard.latterell@dc.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 18th day of January, 2008, a copy of the foregoing Notice of Substitution of Counsel was served electronically, via the Court's CM/ECF filing system, to the following:

Khadijah Ali, Esq.
216 G Street N.E.
Washington, D.C. 20004

                                                */s/ Richard A. Latterell*
                                                Richard A. Latterell
                                                Assistant Attorney General