UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**KIM EPPS, et al**

  **Plaintiff's,**

           CV 07-1290(HHK)

**THE DISTRICT OF COLUMBIA,
et al.**

  **Defendants.**
_____

**MOTION FOR EXTENSION OF TIME IN
WHICH TO SERVE DEFENDANT TOMPKINS**

COMES NOW Plaintiffs, by and through their attorney, Khadijah R. Ali and respectfully request that this Court extend the time in which to serve Defendant Tompkins. In support of this motion the Plaintiff's represents as follows:

1. On or November, 2007, Plaintiffs filed a motion requesting an extension of time to serve Defendant Shalonda Thompkins in this case, citing among other things as to the delay in service, the difficulties in locating Ms. Thompkins at her place of employment.[1]

2. By Order dated December 7, 2007, this Court denied the District's motion to dismiss this complaint, and granted Plaintiff's motion for an extension of time to

---

[1] Ms. Thompkins is a Metropolitan Police Officer, and that office does not give out home addresses of their employees.

serve Defendant Thompkins. The Court gave Plaintiff's until February 5, 2008 to serve the Defendant.

    3. Since that time Plaintiff's original process server has made four separate attempts to serve Ms. Thompkins. Ms. Thompkins was not available. On the last attempt which was on January 28, 2008, the process server was told that Ms. Thompkins was out on sick leave, she was not given a date of her return.

    4. Immediately thereafter, Plaintiff's employed the services of a new process server, Mr. Clement Stokes, whom had been successful in the past at service on police officer, to effectuate the service on Defendant Thompkins. Mr. Stokes immediately proceeded to make attempts to serve the Defendant.

    5. On Wednesday, January 30, 2008, Mr. Stokes telephoned this counsel to say that he had been in contact with Ms. Thompkins superiors, and that shortly after that, Ms. Thompkins herself had telephoned him to state that she would make herself available to him for service on February 6, 2008, after she returns from sick leave.

    6. Although, Defendant has stated that she will make herself available for service on the 6th, which is only one day after the service deadline, Plaintiff's request an

additional week to serve Defendant, to allow for any delays due to Defendant being on sick leave.

**WHEREFORE,** for the foregoing reasons, Plaintiffs requests that this Honorable Court grant its Motion for Extension of Time to Serve Defendant Tompkins. Plaintiff request that, that Plaintiff be given a week extension to serve Defendant.

                                    Respectfully Submitted,

                                    */s/Khadijah R. Ali*
                                  Khadijah R. Ali Bar#435367
                                  ATTORNEY FOR PLAINTIFFS
                                  216 G Street, NE
                                  Washington, DC 20002
                                  202/548-0016

```
                    UNITED STATES DISTRCT COURT
                     FOR THE DISTRICT OF COLUMBIA
```

_____
**KIM EPPS, et al**              *
                                 *
       **Plaintiff's,**        *
                                 *
                                 *
                                 *    CV 07-1290(HHK)
**THE DISTRICT OF COLUMBIA,**    *
**et al.**                       *
                                 *
       **Defendants.**         *
_____*

# O R D E R

**Upon** consideration of Plaintiffs' Motion for Extension of Time In Which to Serve Defendant Tompkins, and there appearing good cause, it is this _____ day of _____, 2008, **ORDERED** that, Plaintiff's motion be and is hereby **GRANTED**. It is further **OREDERED** that:

1. That Appellant's time for serving Defendant Tompkins be extended for 7 days from the date of this order.


cc: Khadijah R. Ali, Esq.
    216 G Street, NE
    Washington, D.C. 20002

    Nicola Grey, ACC
    Office of the Attorney General
    441 4th Street, NW
    Washington, DC 20001