AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KIM EPPS, et al,
3699 Jay Street, NE Apt. 107
Washington DC 20019

v.

SHOLANDA TOMPKINS, et al.
Badge NO. 4353
6th District Police Station
100 42nd Street, NE
Washington DC 20019

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-1290 (HHK)

TO: (Name and address of Defendant)

Sholanda Tompkins
6th District Police Station
100 42nd Street, NE
Washington DC 20019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Khadijah Ali, Esq
216 G Street, NE
Washington DC 20002

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE: NOV 29 2007

**AFFIDAVIT OF SERVICE**

Service of the Summons and complaint was made by me: 02/11/08

Clement A. Stokes III — Process Server

X 100 42nd St. NE, Washington, DC 20019, 6th District Police Head Quarters (Ofc. Sholanda Davi) at 6:30AM

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/11/08

Signature of Server: Clement A. Stokes III

Address of Server: 717 D Street NW Suite 300 WDC 20004
(202) 529-0698

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.