## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KIM EPPS, *et al.*,             :
                                :

     **Plaintiff,**         :
                                :

     **v.**                   :
                                :     **CV 07-1290 (HHK)**

**DISTRICT OF COLUMBIA, et al.,**   :
                                :

     **Defendant.**       :
_____:

## DEFENDANT DISTRICT OF COLUMBIA'S PROTECTIVE MOTION FOR TWO-WEEK EXTENSION OF TIME FOR DEFENDANT SHALONDA THOMPKINS TO RESPOND TO COMPLAINT

Defendant District of Columbia, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), and on behalf of Defendant Shalonda Thompkins, respectfully moves this Court for a protective order to extend the deadline by two weeks, up to and including March 17, 2008, by which Defendant Shalonda Thompkins, a D.C. Metropolitan Police Department employee, may respond to plaintiffs' complaint. Plaintiffs' position regarding the relief sought in this motion is unknown because the undersigned was unable to reach him on this date.

In support of this motion, the District concurrently submits a memorandum of points and authorities, as well as a proposed order, and further states the following:

1. Although Plaintiffs' counsel filed this action back on April 25, 2007, and Defendant the District of Columbia removed the action to this Court on July 19, 2007, plaintiffs did not effect service on Defendant Shalonda Thompkins until ten months later, on February 11, 2008.

2. Defendant Thompkins' response to the complaint is due today, March 3, 2008.

3.      After numerous attempts to contact Shalonda Thompkins to ascertain when and how she was served, as well as whether she understands that she must respond to plaintiffs' complaint, the District has only recently been able to reach her.  However, Ms. Thompkins has been unable to complete the necessary representation forms. Moreover, Defendant Thompkins has not officially requested representation from the D.C. Attorney General's office or her desire for this office to represent her, today.  Therefore, the D.C. Attorney General's office files this motion to protect Ms. Thompkins's legal interest and requests additional time so that she can prepare and file an appropriate answer or other response to plaintiffs' lengthy, fifteen-page complaint.

4.      Since plaintiffs took ten months to effect service upon Ms. Thompkins, an additional two-week extension will not prejudice them.

5.      This is Defendant Thompkins' first request for an extension of time.

6.      The granting of this motion will not interfere with the administration of justice.

WHEREFORE, for the reasons stated, the District respectfully requests that this Court extend the time within which Defendant Shalonda Thompkins may respond to plaintiffs' complaint, through and including March 17, 2008.

## FED. R. CIV. P. 7(m) CERTIFICATION

The undersigned was unable to contact plaintiffs' counsel on this date, via telephone or email, to obtain plaintiffs' position regarding the relief sought in this motion.

//

//

Dated this 3rd day of March, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Richard A. Latterell
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KIM EPPS, *et al.*,                    :
                                       :
       **Plaintiff,**                :
                                       :
       v.                           :
                                       :    **CV 07-1290 (HHK)**
**DISTRICT OF COLUMBIA, et al.,**      :
                                       :
       **Defendant.**              :
_____:

### MEMORANDUM IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S PROTECTIVE MOTION FOR TWO-WEEK EXTENSION OF TIME FOR DEFENDANT SHALONDA THOMPKINS TO RESPOND TO COMPLAINT

      Defendant District of Columbia, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), and on behalf of Defendant Shalonda Thompkins, respectfully moves this Court for a protective order to extend the deadline by two weeks, up to and including March 17, 2008, by which Defendant Shalonda Thompkins, a D.C. Metropolitan Police Department employee, may respond to plaintiffs' complaint. Plaintiffs' position regarding the relief sought in this motion is unknown because the undersigned was unable to reach him on this date. The District cites the following authorities that support such relief:

1.     Fed. R. Civ. P. 6(b)(1);

2.     The inherent powers of this Court; and

3.     The reasons stated in the Defendant District of Columbia's Protective Motion for Extension of Time for Defendant Shalonda Thompkins to Respond to the Complaint.

WHEREFORE, for the reasons stated, the District respectfully requests that this Court extend the time within which Defendant Shalonda Thompkins may respond to plaintiffs' complaint, through and including March 17, 2008.

Dated this 3rd day of March, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Richard A. Latterell
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KIM EPPS, *et al.*,                                        :
                                                          :
        **Plaintiff,**                                  :
                                                          :
        **v.**                                        :
                                                          :     **CV 07-1290 (HHK)**
**DISTRICT OF COLUMBIA, et al.,**                          :
                                                          :
        **Defendant.**                                 :
_____:

## ORDER

Upon consideration of the Defendant District of Columbia's Protective Motion for Two-Week Extension of Time for Defendant Shalonda Thompkins to Respond to Complaint, plaintiffs' opposition, and the record herein, it is hereby, on this ____ day of _____, 2008:

      **ORDERED:**  that the motion is hereby **GRANTED** for the reasons set forth therein;

      **FURTHER ORDERED** that defendant Shalonda Thompkins shall have until March 17, 2008 to respond to plaintiffs' complaint.

      **SO ORDERED**  on this ___ day of _____, 2008.


_____
JUDGE, United States District Court
for the District of Columbia

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of March, 2008, copies of the foregoing (1)

Defendant District of Columbia's Protective Motion for Two-Week Extension of Time for

Defendant Shalonda Thompkins to Respond to Complaint; (2) Memorandum in Support; and (3)

Proposed Order were served  electronically, via the Court's CM/ECF filing system, to the

following:

    Khadijah Ali, Esq.
    216 G Street N.E.
    Washington, D.C. 20004

                        */s/ Richard A. Latterell*
                        Richard A. Latterell
                        Assistant Attorney General