```
                    UNITED STATES DISTRCT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
KIM EPPS, et al               *
                              *
        Plaintiff's,          *
                              *
                              *
                              *    CV 07-1290(HHK)
THE DISTRICT OF COLUMBIA,     *
et al.                        *
                              *
        Defendants.           *
_____*
```

**UNOPPOSED MOTION TO CONTINUE INITIAL STATUS CONFERENCE**

COMES NOW Plaintiffs, by and through their attorney, Khadijah R. Ali and respectfully request that this Court to continue the initial status conference scheduled for April 16th, 2008.  In support of this motion the Appellant represents as follows:

1.  On or about March 18, 2008 this Court issued an order setting an initial status conference in this case. As part of the order the parties through counsel were ordered to comply with Local Rules 16.3 and Fed. R. Civ. P. 26(f).

2.  Plaintiff's counsel hereby represents to this Court that due to her busy schedule, counsel has had two trials in the past month, one of them a jury trial, and other court commitments, that she has been unable to contact Defense counsel to arrange the 26(f) or the 16.3

meeting.  Likewise, defense counsel has not contacted Plaintiff to do the same.  As a result, the parties have not been able to prepare the joint status report to the court as required by this Court's order, or to consider what form of alternative dispute resolution the parties would like to consider.

    3.  Undersigned counsel has contacted Defense counsel in this case and arranged to have the 26(f) meeting this Thursday, April 17th at 2:00 p.m.  Thereafter, the parties would need to prepare the joint statement for the court. As a result, Plaintiff is requesting that this court continue the initial status hearing for a period of two weeks.

    4.  Counsel has consulted with Defense counsel, Richard Latterell, and he does not oppose this request. Counsel suggests the dates of April 29th or May 1st for the continued date.

    **WHEREFORE**, for the foregoing reasons, Plaintiffs requests that this Honorable Court Continue the initial status hearing in this case until April 29th or May 1st, 2008, or some other date that is mutually convenient to the

parties and to the Court.

                                      Respectfully Submitted,

                                      */s/Khadijah R. Ali*
Khadijah R. Ali Bar#435367
ATTORNEY FOR PLAINTIFFS
216 G Street, NE
Washington, DC 20002
202/548-0016

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____

**KIM EPPS, et al**              \*
                                 \*
    **Plaintiff's,**     \*
                                 \*
                                 \*
                                 \*     CV 07-1290(HHK)
**THE DISTRICT OF COLUMBIA,**    \*
**et al.**                       \*
                                 \*
    **Defendants.**      \*
_____ \*

## O R D E R

**Upon** consideration of Plaintiffs' Unopposed Motion To Continue Initial Status Date, and there appearing good cause, it is this _____ day of _____, 2008, **ORDERED** that, Plaintiff's motion be and is hereby **GRANTED**. It is further **OREDERED** that:

1. The status hearing be continued until _____.

cc: Khadijah R. Ali, Esq.
    216 G Street, NE
    Washington, D.C. 20002

    Richard Latterell, ACC
    Office of the Attorney General
    441 4th Street, NW
    Washington, DC 20001