UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIM EPPS,** *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CV 07-1290 (HHK) |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| Defendants. : | |
| : | |

### NOTICE OF SUBSITUITON OF COUNSEL

The Clerk of the Court will please WITHDRAW the appearance of Assistant Attorney General Richard Latterell, Office of the Attorney General, as counsel for defendants in the above-captioned matter.

The Clerk of the Court will please ENTER the appearance of Assistant Attorney General Sarah L. Knapp, Office of the Attorney General, as counsel for defendants.

Dated this 21st day of April, 2008.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    */s/ Toni Michelle Jackson*
    TONI MICHELLE JACKSON [453765]
    Interim Chief, General Litigation Section III

    */s/ Sarah L. Knapp*
    SARAH L. KNAPP [470008]
    Assistant Attorney General
    441 Fourth Street, N.W., 6th Floor
    Washington, D.C. 20001
    (202) 724- 6602
    (202) 727-3625 (fax)
    Email:  sarah.knapp@dc.gov