UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KIM EPPS,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **CV 07-1290 (HHK)** |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## **PRAECIPE**

Defendants District of Columbia and Shalonda Thompkins, by and through undersigned counsel, respectfully submit this statement regarding the parties' duty to meet and confer in advance of the Initial Scheduling Conference.  On April 14, 2008 at plaintiffs' request, the Court continued the Initial Scheduling Conference in this matter from April 16, 2008 until April 29, 2008.  Since that time, counsel for defendants attempted to contact plaintiffs' counsel several times regarding the need to meet and confer regarding the requirements of LCvR 16.3, by both email and telephone.  Defendants' counsel finally reached plaintiffs' counsel today.  Plaintiffs' counsel indicated that she would be able to file a meet and confer statement after business hours this evening.  Unfortunately, this did not provide sufficient time for review by defense counsel's supervisor, as required by Office of the Attorney General policy.

Consequently, defendants hereby respectfully notify the Court they anticipate that a statement in accordance with Fed. R. Civ. P. 26(f) and LCvR 16.3 will be filed tomorrow.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6602
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov