THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIM EPPS, | * |
| As Next Friend To | * |
| BM, et al. | * |
|     Plaintiffs, | * |
| v. | * |
| | * Civil Action:07-001290(HHK) |
| THE DISTRICT OF COLUMBIA, | * |
| et al. | * |
| | * |
|     Defendants. | * |

**PLAINTIFF'S INITIAL DISCOLUSURES TO DEFENDANT**

COMES NOW, the plaintiffs, Kim Epps and BM, by and though undersigned counsel and provides their initial disclosures pursuant to Fed. R. Civ. Pro. 26(a)(1). Plaintiffs provide as follows:

(A)  Witnesses:  1. Marilyn Blount (neighbor/witness), 3509 Jay Street, NE, Apt. 201, Washington, DC 20019. Phone number unknown at this time.  2.  Vonda Epps (Aunt), (301)306-5298, address unknown at this time.  3.  John McCray (neighbor/witness), (202)396-1013, address unknown at this time.  4. Kim Epps (Plaintiff) 3699 Jay Street, NE, Apt. 107, Washington, DC 20019, (202)398-5729.  BM 3699 Jay Street, NE, Apt. 107, Washington, DC 20019, (202)396-1013.

(B)  Documents and Tangible Evidence:  None at this time.

Case 1:07-cv-01290-HHK    Document 22    Filed 04/23/2008    Page 2 of 2

(C) Damages: The Defendant B.M. has received some psychological services as a result of this incident; however, the bills and reports for those services are not in possession of counsel; therefore damages cannot be computed at this time. Plaintiff's will provide all information regarding damages as soon as it is obtained.

(D) Insurance: None.

Respectfully Submitted,

_____
Khadijah R. Ali Bar#435367
ATTORNEY FOR PLAINTIFFS
216 G Street, NE
Washington, DC 20002
202/548-0016

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Initial Disclosures was served upon counsel for Defendants, Richard Latterell, AAG, this __16__ day of April, 2008, by U.S. first class mail, postage prepaid.

___/s/_____
Khadijah R. Ali