**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIM EPPS,** *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | CV 07-1290 (HHK) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## DEFENDANTS' STATEMENT REGARDING PROPOSED SCHEDULING ORDER

The Court held a scheduling conference in this matter on April 29, 2008. Prior to that conference, counsel for the parties met and conferred regarding scheduling of this matter, as required by the Court's rules. Counsel agreed that 120 days is the appropriate length for discovery in this matter and the Court set a status conference for February 13, 2009 on the basis of this agreed schedule. Because the parties were not in agreement regarding a briefing schedule for dispositive motions, the Court asked the parties to work together to complete a scheduling order, which was to be submitted by the plaintiff today.

Although defendants' counsel has worked diligently to reach agreement, plaintiffs' counsel has failed to abide by the original agreement of the parties regarding the length of discovery for this matter. Counsel for defendants cannot agree to this change, particularly in light of the fact that the Court has set a status date on the basis of the parties' previous representations.

Consequently, defendants' respectfully submit the attached proposed order based on the original schedule provided to the Court.

Dated this 2nd day of May, 2008.

                                        Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6602
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIM EPPS,** *et al.*, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:    **CV 07-1290 (HHK)**<br>**DISTRICT OF COLUMBIA, et al.,** :<br>:<br>Defendants. :<br>_____: | |

**DEFENDANTS' PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint meet and confer statement, the initial scheduling conference held on April 29, 2008, it is this \_\_\_ day of May, 2008, hereby **ORDERED** as follows:

1. <u>Amended Pleadings</u>: Amended pleadings must be filed by May 27, 2008.

2. <u>Initial Disclosures and Witness Lists</u>: Initial Disclosures, including witness lists, shall be served by May 30, 2008.

3. <u>Discovery Requests</u>: Discovery requests shall be served by June 13, 2008.

4. <u>Expert Witnesses</u>: Proponents will provide Rule 26 (a)(2) disclosures by June 27, 2008. Opponents will provide Rule 26(a)(2) disclosures by July 25, 2008.

5. <u>Discovery</u>: Discovery will close on August 26, 2008. The parties will be bound by the discovery limitations set forth in the Federal Rules of Civil Procedure.

6. <u>Dispositive Motions</u>: Dispositive motions shall be filed by September 26, 2008. Oppositions shall be filed by October 17, 2008. Replies shall be filed by October 31, 2008.

      7.    <u>Status Conference:</u> The Court shall hold a status conference at 11 a.m. on February 13, 2009, if no disposition of this matter prior to that date. Pre-trial and trial dates will be set at that time.

      **SO ORDERED.**

                                                                       _____
                                                                    HENRY H. KENNEDY
                                                                    United States District Judge