IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANDON MURPHY** | * |
| Plaintiff, | * Civ. Action No: 07-001290 (HHK) |
| | * |
| v. | * |
| | * |
| **DISTRICT OF COLUMBIA, et al.** | * |
| | * |
| Defendants. | * |
| | * |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on July 15, 2008 I served on Sarah Knapp, AUSA, Assistant Attorney General, 441 4th Street, NW, 6th Floor, Washington D.C. 20001, counsel for Defendant District of Columbia and Sholanda Thompkins, Responses to Interrogatories and Request for Production of Documents for defendant District of Columbia, and that I will retain an original of said documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully Submitted,

_____
Khadijah R. Ali Bar#435367
ATTORNEY FOR PLAINTIFF
817 L Street SE
Washington, DC 20003
202/548-0016