IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**KIM EPPS, RRERO**                 :
                                    :
   **Plaintiff,**    :
**V.**                              :
                                    :
**THE DISTRICT OF COLUMBIA,**       :   CA No: 07-1290(HHK)
                                    :
   <u>**Defendants.**</u>   **:**

### PLAINTIFF'S PARTIAL RULE 26(a)(2) STATEMENT

  Plaintiffs intend to call the following individual as an expert in the above captioned case:

  1. Clement A. Stokes, III, A former Metropolitan Police officer and evidence technician. Mr. Stokes is presently part owner in "Showcase Investigations" a license and bonded private detective agency. Showcase Investigations handles investigations for both criminal and civil cases. Mr. Stokes's area of expertise is in Police Policies and Procedures and Management as it relates to use of force, excessive force, searches and seizures, the gathering and preserving of evidence by police officers. Mr. Stokes is also an expert in police management and training, and criminal and civil investigations. His address is 717 D Street, NW, Suite 300, Washington, DC 20004.

  Mr. Stokes' testimony will be based on facts and opinions that will support plaintiff's position that defendant police officer was improperly trained, supervised and hired by defendant District of Columbia. That the Defendant was illegally detained and/or arrested. That the Defendant police officer's use of force against Plaintiff was excessive, and that as a result, she over reacted to the situation alleged in the complaint, violating Plaintiff's Constitutional rights. In addition, Mr. Stokes' testimony will support plaintiff's position that defendant's handling of the altercation as alleged, was

improper procedure for the Metropolitan Police Department, and not justified.

    Mr. Stokes is still in the process of gathering together his curriculum vitae and preparing a report. Plaintiff's will supplement this statement as soon as they receive this information.

_____
Khadijah R. Ali
817 L Street, SE
Washington, DC, 20003
ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing Rule 26a(2) Statement have been served via first class mail this 17 day of July, 2008 to the following:

Sara Knapp
Assistant Attorney General
441 Fourth Street, NW
6th Floor
Washington, DC 20001